# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALBERT BRYANT,
SUSAN BRYANT,

    Plaintiffs,

-vs-              Case No. 6:10-cv-1360-Orl-18DAB

SUNTRUST BANK,

    Defendant.

## ORDER

IT IS HEREBY **ORDERED** that this case is transferred to the Honorable Anne C. Conway, pursuant to Local Rule 1.04(b), M.D. of Florida, to be considered with <u>Albert Bryant, Susan Bryant vs. Citi Mortgage,</u> 6:10-cv-1245-ORL-22DAB.

**DONE** and **ORDERED** in Orlando, Florida on this 5 day of October, 2010.

                _____
                G. KENDALL SHARP
                SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties